IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

THEODORE GREER and
REBECCA GREER                                                          PLAINTIFFS

v.                            No. 4:12-cv-473-DPM

CRACKER BARREL OLD
COUNTRY STORE INC.                                                   DEFENDANT

## ORDER

The Court notes the parties' stipulation. № 19. Rebecca Greer's claims are dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

2 April 2014