IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

THEODORE GREER and
REBECCA GREER                                                          PLAINTIFFS

v.                              No. 4:12-cv-473-DPM

CRACKER BARREL OLD
COUNTRY STORE INC.                                                     DEFENDANT

## JUDGMENT

Rebecca Greer's claims are dismissed without prejudice. № 20.

Theodore Greer's claims are dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

18 April 2019